NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOUND DESIGN TECHNOLOGIES, LIMITED,**
*Plaintiff,*

v.

**OTICON INCORPORATED,**
*Defendant-Appellee,*

v.

**SEBOTEK HEARING SYSTEMS LLC,**
*Defendant-Appellant,*

AND

**GENNUM CORPORATION,**
*Defendant.*

---

2014-1433

---

Appeal from the United States District Court for the District of Arizona in No. 2:11-cv-01375-SRB, Judge Susan R. Bolton.

---

**ON MOTION**

---

# O R D E R

SeboTek Hearing Systems LLC moves without opposition for a thirty-day extension of time, until July 28, 2014, to file its opening brief. SeboTek, however, has filed a motion to summarily vacate that, if granted, would terminate the appeal. Pursuant to Federal Circuit Rule 31(c), the time to serve and file the next brief due is suspended.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is denied as moot.

(2) The revised official caption is reflected above.

                            FOR THE COURT

                        /s/ Daniel E. O'Toole
                          Daniel E. O'Toole
                          Clerk of Court

s30