# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1433

**SOUND DESIGN TECHNOLOGIES LIMITED,**
*Plaintiff,*

v.

**OTICON INCORPORATED,**
*Defendant - Appellee,*

v.

**SEBOTEK HEARING SYSTEMS LLC,**
*Defendant - Appellant,*

**GENNUM CORPORATION,**
*Defendant.*

Appeal from the United States District Court for the District of Arizona in case no. 2:11-cv-01375-SRB United States District Judge Susan R. Bolton

## MANDATE

In accordance with the judgment of this Court, entered July 07, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court